UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

STEPHANIE SANTORI,

                              Plaintiffs,

-against-

CITY OF NEW YORK, JAMES MALPESO (Tax No.
932948, UNDERCOVER POLICE OFFICER NO. 312,
and JOHN and JANE DOE 1 through 10, individually
and in their official capacities, (the names John and Jane
Doe being fictitious, as the true names are presently
unknown),

                              Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

07 CV 4873 (NGG)(RER)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 12 2008 ★
BROOKLYN OFFICE

        **WHEREAS,** plaintiff commenced this action on or about November 21, 2007, by filing a complaint alleging, *inter alia*, violations of her state law rights and her civil rights pursuant to 42 USC § 1983; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiff has authorized her counsel to settle this matter on the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

        1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff **STEPHANIE SANTORI** the sum of **FIFTEEN THOUSAND ($15,000.00) DOLLARS**, in full satisfaction of all claims, including claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against the defendants City of New York, James Malpeso, and Undercover Police Officer No. 312, and to release all defendants and all present and former employees and agents of the City of New York from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:   New York, New York
         October 22, 2008

Brett Klein, Esq.
Leventhal & Klein, LLP
Attorneys for Plaintiff
45 Main Street, Suite 230
Brooklyn, New York 11201

By: _____
    Brett Klein (BK 4744)

MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
Attorney for Defendants
100 Church Street, Room 3-212
New York, New York 10007
(212) 788-1895

By: _____
    Jessica T. Cohen (JC 0044)
    Assistant Corporation Counsel

SO ORDERED:
   s/NG
_____
NICHOLAS G. GARAUFIS, U.S.D.J.
   11/7/08